IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CRIMINAL NO. 2:96-CR-257 |
| § | |
| KIMBERLY GANEM § | |
| § | |
| Defendant § | |
| § | |

## SATISFACTION OF JUDGMENT

The Judgment in the above-entitled case having been paid in full in the amount of $9,845.00, it is therefore in order that Satisfaction of Judgment be entered of record by the Clerk of the Court in the cause and that Kimberly Ganem be discharged of the monetary liability imposed by the Court.

Respectfully submitted,

TIM JOHNSON
Acting United States Attorney

By: */s/ Elizabeth F. Karpati*
Elizabeth F. Karpati
Assistant United States Attorney
Attorney in Charge
Texas Bar Number: 00794069
SD: 20567
P. O. Box 61129
Houston Texas  77208
Tel:  (713) 567-9767
Fax:  (713) 718-3405

Date: February 19, 2009